# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 18, 2023

Before
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 22-1805 | YING YE, as Representative of the Estate of SHAWN LIN, deceased,<br><br>      Plaintiff - Appellant<br><br>v.<br><br>GLOBALTRANZ ENTERPRISES, INC.,<br><br>      Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-01961<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)